UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>SAMUEL WESLEY,<br><br>　　　　　　　　　　　　Defendant(s). | Case No. 2:13-CR-385 JCM (GWF)<br><br>ORDER |

　　　Presently before the court is the United States' motion to amend judgment. (Doc. # 34). The defendant has not filed a response.

　　　This court entered judgment against defendant Wesley for bank robbery. (*See* doc. # 33). Among other things, this court ordered defendant to pay restitution in the amount of $1710.00. The recipient of restitution was not entered on the judgment.

　　　The government asks that the judgment be amended to add U.S. Bank Corporate Security as the recipient of the full amount of defendant's restitution. (Doc. # 34).

　　　Federal Rule of Criminal Procedure 36 provides in its entirety:

　　　"After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission."

　　　The court finds that the government has given the defendant sufficient notice. The court further finds that Rule 36 provides the authorization to correct the clerical error by amending the judgment order to name U.S. Bank Corporate Security as the payee of the restitution amount.

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion to amend the judgment (doc. # 34) be, and the same hereby, is GRANTED.

DATED April 15, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**