

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-CR-0385-JCM-GWF |
| Plaintiff, ) | |
| vs. ) | |
| SAMUEL LAMAR WESLEY ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#33), sentencing held on February 25, 2015. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US BANK
Amount of Restitution: $1,710.00

**Total Amount of Restitution ordered: $1,710.00**

Dated this 21st day of October, 2019.

UNITED STATES DISTRICT JUDGE